**JASON G. REVZIN**
Nevada Bar No. 8629
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
Telephone: (702) 893-3383
Facsimile: (702) 893-3789
jason.revzin@lewisbrisbois.com
*Counsel for Trans Union LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MELVIN I. KORNBERG,<br><br>Plaintiff,<br><br>v.<br><br>TRANS UNION LLC AND SANTANDER CONSUMER USA, INC.,<br><br>Defendants. | Case No. 2:18-cv-01789-JAD-CWH<br><br>**JOINT STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |

Plaintiff Melvin I. Kornberg ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Joint Stipulation Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint.

On September 14, 2018, Plaintiff filed his Complaint. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is October 8, 2018. The allegations in Plaintiff's Complaint date back to February 2015. Trans Union needs additional time to investigate, locate and assemble the documents relating to Plaintiff's claims. In addition, Trans Union's counsel will need additional time to review the documents and respond to the allegations in Plaintiff's Complaint.

Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's Complaint up to and including October 29, 2018. This is the first stipulation for extension of time for Trans Union to respond to Plaintiff's Complaint. This request is being made in good faith and is not made for any purpose of undue delay.

Dated this 2nd day of October, 2018

          **LEWIS BRISBOIS BISGAARD & SMITH LLP**

          */s/ Jason G. Revzin*
          Jason G. Revzin
          Nevada Bar No. 8629
          6385 South Rainbow Blvd., Suite 600
          Las Vegas, NV 89118
          Telephone: (702) 893-3383
          Facsimile: (702) 893-3789
          Email: Jason.revzin@lewisbrisbois.com
          *Counsel for Trans Union LLC*

          **LAW OFFICE OF KEVIN L. HERNANDEZ**

          */s/ Kevin L. Hernandez*
          Kevin L. Hernandez
          Nevada Bar No. 12594
          2510 Wigwam Parkway, Suite 206
          Henderson, NV 89074
          Telephone: (702) 563-4450
          Facsimile: (702) 552-0408 Fax
          Email: kevin@kevinhernandezlaw.com

## **ORDER**

The Joint Stipulation for Extension of Time for Trans Union LLC to file an answer or otherwise respond is so ORDERED AND ADJUDGED.

Dated this __3__ day of __October__, 2018.

_____
UNITED STATES MAGISTRATE JUDGE